UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM CHARLES GRAHAM, No. 22097-041,

      Petitioner,

  v.

S. RUDOLPH,

      Respondent.

Case No. 26-cv-818-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner William Charles Graham's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Doc. 1). The petitioner has a long history of filing frivolous § 2241 petitions challenging his criminal sentence. For this reason, on January 8, 2025, the Court sanctioned him. *See Graham v. Lillard*, No. 24-cv-2626-JPG, Doc. 11. Then on July 14, 2025, Judge Nancy J. Rosenstengel further sanctioned him. *See Graham v. Lillard*, No. 25-cv-158-NJR, Doc. 5. In conjunction with those sanctions, in both cases the Court ordered Graham to attach a copy of the sanctions order to every subsequent § 2241 petition he filed. This Court specifically warned Graham that it "may impose sanctions, up to and including dismissal of a § 2241 petition, pursuant to Federal Rule of Civil Procedure 41(b) for failing to comply with this order."

Graham has not attached either sanctions order to his current § 2241 petition as ordered. As a consequence, the Court has wasted its limited resources tracking down those orders to review the exact language imposing sanctions on Graham. This is unacceptable. As it warned it would, the Court **DISMISSES** Graham's § 2241 petition **with prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to obey a Court order and **DIRECTS** the Clerk of Court

to enter judgment accordingly.  The Court sees no need to impose lesser sanctions because a

quick glance at Graham's petition reveals that it, like his others, is frivolous.

**IT IS SO ORDERED.**
**DATED:  July 1, 2026**

_____
**J. PHIL GILBERT**
**DISTRICT JUDGE**

2