UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM CHARLES GRAHAM, No. 22097-041,

      Petitioner,

  v.

S. RUDOLPH,

      Respondent.

Case No. 26-cv-818-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner William Charles Graham's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED: July 1, 2026**

**MONICA A. STUMP, Clerk of Court**

_____
**Deputy Clerk**

**Approved:** _____
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**